UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>William Scott Strickland,<br><br>　　　　　　　DEBTOR.<br><br>Address: 5771 Broadwell Road, Green Sea, SC 29545<br><br><br><br>Last four digits of Social-Security or Individual Tax-Payer- Identification (ITIN) No(s)., (if any): 8670 | CASE NO: 19-06387-jw<br><br>CHAPTER: 12<br><br><br>**NOTICE OF MOTION TO DISMISS AND OPPORTUNITY FOR HEARING** |

TO: All Creditors and Parties in Interest:

J. Kershaw Spong, Chapter 12 Trustee, has filed a motion with the Court seeking to dismiss the Debtor's Chapter 12 bankruptcy case.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or you want the court to consider your views on the motion, then within twenty-one (21) days of service of this notice, you or your attorney must:

File with the court a written response, return, or objection at:

    United States Bankruptcy Court
    1100 Laurel Street
    Columbia, SC 29201

Responses, returns, or objections filed by an attorney must be electronically filed in ecf.scb.uscourts.gov.

If you mail your response, return, or objection to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

    J. Kershaw Spong, Chapter 12 Trustee
    Post Office Box 11449
    Columbia, SC 29201

Attend the hearing scheduled to be heard on **MARCH 18, 2020 at 11:30 a.m.** at the King and Queen Building, 145 King Street, Room 225, Charleston, South Carolina 29401.

If no response, return, and/or objection is timely filed and served, no hearing will be held on this motion, except at the direction of the judge.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

_____
J. Kershaw Spong, Trustee (#531)
Post Office Box 11449
Columbia, SC  29211
(803) 929-1400

Columbia, South Carolina

February 13, 2020

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| **In Re:** | ) Bankruptcy Case No. 19-06387-jw |
| | ) |
| **William Scott Strickland,** | ) Chapter 12 |
| | ) |
| Debtor. | ) |
| | ) |

## MOTION TO DISMISS

J. Kershaw Spong, Trustee, moves for an Order dismissing the captioned case for cause pursuant to Debtor's failure to cooperate with the Chapter 12 Trustee and the requirements of Local Rule 2015-3. Debtor has failed to (1) file a summary of operations, (2) provide the Trustee with proof of insurance on his property, (3) provide the Trustee with proof that he has opened a Chapter 12 bank account; (4) provide the Trustee with copies of his tax returns and file his 2018 tax return; (5) provide the Trustee with requested release from ArborOne; (6) file his December 2019 monthly report; and (7) file an application for employment of his bankruptcy counsel.

J. Kershaw Spong, Trustee (#531)
Post Office Box 11449
Columbia, SC 29211
(803) 929-1400

Columbia, South Carolina
February 13, 2020

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Case No. 19-06387-jw |
| | ) | |
| William Scott Strickland, | ) | Chapter 12 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER DISMISSING DEBTOR'S CHAPTER 12 CASE

This matter comes before the Court on the Chapter 12 Trustee's Motion to Dismiss filed February 13, 2020. The motion was properly served on the Debtor, Debtor's counsel, United States Trustee, and all creditors of the Debtor and no objections have been filed. Therefore, based upon grounds of the Trustee's motion, the Debtor's Chapter 12 case is hereby dismissed.

AND IT IS SO ORDERED.

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In Re: ) | Bankruptcy Case No. 19-06387-jw |
| ) | |
| William Scott Strickland, ) | Chapter 12 |
| ) | |
| Debtor. ) | |
| ) | CERTIFICATE OF SERVICE |
| ) | |

This is to certify that I am the paralegal for J. Kershaw Spong, Chapter 12 Trustee; that I have this day caused to be served upon the persons named below the **Notice of Motion to Dismiss and Opportunity for Hearing, Motion to Dismiss, and proposed Order Dismissing Debtor's Chapter 12 Case** in the above captioned matter by placing a copy of same in the United States Mail, postage prepaid, in envelopes addressed as follows:

See attached mailing matrix

Melissa H. White, Paralegal for
J. Kershaw Spong (531)
Post Office Box 11449
Columbia, SC 29211
(803)929-1400

Columbia, South Carolina

February 13, 2020

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0420-2<br>Case 19-06387-jw<br>District of South Carolina<br>Charleston<br>Thu Feb 13 14:31:48 EST 2020 | Anderson Brothers Bank<br>PO Box 301<br>Mullins SC 29574-0301 | ArborOne ACA<br>PO Box 3699<br>Florence SC 29502-3699 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Citizens Bank<br>Attention: ROP-15B<br>1 Citizens Drive<br>Riverside RI 02915-3035 |
| Citizens Bank N.A.<br>One Citizens Bank Way Mailstop JCA115<br>Johnston, RI 02919-1922 | Cnh Industrial Capital<br>Attn: Bankruptcy<br>Po Box 71264<br>Philadelphia PA 19176-6264 | Deere & Company d/b/a John Deere Financial<br>23176 Network Place<br>Chicago, IL 60673-1231 |
| Deere Credit Inc.<br>c/o John Deere Financial<br>23176 Network Place<br>Chicago, IL 60673-1231 | Reid E. Dyer<br>Moore & Van Allen, PLLC<br>78 Wentworth Street<br>Charleston, SC 29401-1428 | Suzanne Taylor Graham Grigg<br>Nexsen Pruet, LLC<br>PO Drawer 2426<br>Columbia, SC 29202-2426 |
| Edward L. Grimsley<br>PO Box 11682<br>Columbia, SC 29211-1682 | Horry County State Ban<br>40 West Broad St<br>Greenville SC 29601-5206 | John Deere Financial<br>23176 Network Place<br>Chicago, IL 60673-1231 |
| John Deere Financial<br>6400 NW 86th Street<br>P.O. BOX 6600<br>Johnston IA 50131-6600 | Kubota Credit Corp<br>Attn: Bankruptcy<br>Po Box 2046<br>Grapevine TX 76099-2046 | Kristen N Nichols<br>Turner Padget Graham & Laney, P.A.<br>PO Box 22129<br>Charleston, SC 29413-2129 |
| Reid E. Dyer<br>Moore & Van Allen PLLC<br>P O Box 22828<br>Charleston SC 29413-2828 | Reid B. Smith<br>Bird and Smith, PA<br>1712 Saint Julian Place, Suite 102<br>Columbia, SC 29204-2447 | J. Kershaw Spong<br>Robinson Gray Stepp & Laffitte, LLC<br>PO Box 11449<br>Columbia, SC 29211-1449 |
| William Scott Strickland<br>5771 Broadwell Road<br>Green Sea, SC 29545-4509 | US Trustee's Office<br>Strom Thurmond Federal Building<br>1835 Assembly St.<br>Suite 953<br>Columbia, SC 29201-2448 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| United Collection Bure<br>Attn: Bankruptcy Dept<br>5620 Southwyck Blvd<br>Toledo OH 43614-1501 | United Community Bank<br>1300 2nd Ave.<br>Conway SC 29526-5205 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>Attn: Bankruptcy<br>Po Box 982238<br>El Paso TX 79998 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 5229<br>Cincinnati, Ohio 45201-5229 | (d)Us Bank<br>Attn: Bankruptcy<br>Po Box 5229<br>cincinnati OH 45201 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Anderson Brothers Bank | (du)Anderson Brothers Bank | (u)Citizens Bank, N.A. |
| (u)Deere Credit, Inc. and Deere & Company d/b | (u)United Community Bank | End of Label Matrix<br>Mailable recipients   25<br>Bypassed recipients    5<br>Total                 30 |